### J. W. Netterstrom, Defendant in Error, v. Kinzie Manufacturing Company, Plaintiff in Error.

### Gen. No. 18,509. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed March 11, 1914.

### Statement of the Case.

Action by J. W. Netterstrom against Kinzie Manufacturing Company to recover commissions on contracts secured for defendant through estimates and bids made by plaintiff. From a judgment for three hundred and twenty-five dollars, defendant brings error.

BRADY & LEVY, for plaintiff in error; JOSIAH BURNHAM, of counsel.

CHARLES F. McKINLEY, for defendant in error.

MR. JUSTICE DUNCAN delivered the opinion of the court.

### Abstract of the Decision.

1. ARCHITECTS AND ENGINEERS, § 3*—*when evidence sufficient to sustain claim for commissions.* In an action by an architect for commissions, the evidence was *held* to sustain his claim that a contract was procured through an estimate and bid made by him,

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

and that under an agreement with defendant he was entitled to commissions thereon.

2. APPEAL AND ERROR, § 1410*—*when judgment not reversed as against evidence.* A judgment will not be reversed as unsupported by evidence unless clearly and manifestly against the weight of the evidence.